KOENIG v. BRITT et al., City Board of Elections.

(Supreme Court, Appellate Division, First Department.  September 28, 1911.)

Appeal from Special Term, New York County.

Application of Samuel S. Koenig for relief against J. Gabriel Britt and others, constituting the Board of Elections of the City of New York. From an order granting a motion for mandamus, the parties aggrieved appeal. Reversed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, MILLER, and DOWLING, JJ.

Terence Farley and Abram I. Elkus, for appellant Board of Elections.
D. Cady Herrick, for appellant Democratic State Committee.
A. S. Gilbert, for respondent.

INGRAHAM, P. J. This appeal was argued with the case of Hopper v. Britt and Others, 131 N. Y. Supp. 135, and presents the same question presented on that appeal. For the reasons stated in the opinion in that case, the order appealed from must be reversed, with $10 costs and disbursements, and the application denied, with $50 costs, as matter of law, and not in the exercise of discretion.

McLAUGHLIN, MILLER, and DOWLING, JJ., concur.  CLARKE, J., dissents.